■ In the Matter of LE ROY HODGE, an Attorney, Respondent. NEW YORK STATE BAR ASSOCIATION, Petitioner.— Application, pursuant to section 90 of the Judiciary Law, to be reinstated as an attorney and counselor at law granted. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.